Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of vinyl ornaments similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiffs was sustained.

No. 67735.—A. Simkins & Co. *v.* United States, protests 62/11692 and 62/11733 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of wall ornaments similar in all material respects to those the subject of *Hensel, Bruckmann & Lorbacher, Inc.* v. *United States* (47 Cust. Ct. 112, C.D. 2289), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 22, 1963

No. 67736.—Brauner & Co. *v.* United States, protests 60/9393, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of articles similar in all material respects to those the subject of Abstract 66225, the claim of the plaintiff was sustained.

No. 67737.—Brauner & Co. *v.* United States, protests 60/11070, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of articles similar in all material respects to those the subject of Abstract 66225, the claim of the plaintiff was sustained.